In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00345-CV**
_____

**IN RE LAKESIDE RESORT JV, LLC D/B/A/
MARGARITAVILLE RESORT LAKE CONROE**

**Original Proceeding
457th District Court of Montgomery County, Texas
Trial Cause No. 21-12-16463-CV**

## ORDER

Relator, Lakeside Resort JV, LLC d/b/a Margaritaville Resort Lake Conroe, filed a petition for writ of mandamus challenging the finality of the trial court's February 4, 2020 Final Default Judgment. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221.

Relator filed an Emergency Motion for Temporary Stay, alleging that prejudice will result if execution efforts on the trial court's February 4, 2020 Default Judgment are not stayed before the issues raised in the petition for writ of mandamus can be resolved.

1

The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that all further execution efforts on the February 4, 2020 Final Default Judgment in Cause No. 21-12-16463-CV are STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relator as a condition to any relief herein granted.

The response of the Real Party in Interest, Kellie Stanley Mendez, is due November 14, 2022.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED November 2, 2022.

PER CURIAM

Before Kreger, Horton and Johnson, JJ.